UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-MC-2

IN RE: Daniel S. Schwei, Seth Morgan    )
Wood, Jeremy M. Wilson, and Thomas      )          ORDER
S. Babel.                               )

In consideration of an anticipated appeal of the May 17, 2013, order [DE-20] to this court,

it is hereby ORDERED that attorney Daniel S. Schwei's motion for stay of payment obligation [DE-

21] is ALLOWED. This stay shall remain in place until ten days after a final ruling is made by this

court on the anticipated appeal. If Mr. Schwei ultimately decides that no appeal will be pursued, he

shall forthwith file written notice with the court that no appeal is being pursued and the stay should

therefore be lifted.

SO ORDERED.

This the 21 day of May, 2013.

JAMES C. FOX
Senior United States District Judge